

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

Writ refused. There is no error of law in the judgment.

241 So.2d 256

Daniel James MELERINE

v.

FORD MOTOR CORPORATION.

No. 50976.

Nov. 25, 1970.

241 So.2d 256

ALL STATE CREDIT PLAN JEFFER-SON, INC.

v.

Steve DANIELS and Josephine Daniels.

No. 50973.

Nov. 25, 1970.

Writ refused. On the facts found by the Court of Appeal there is no error of law in its judgment.